IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEMPSEY GLENN SMITH,<br>Plaintiff<br>v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of the<br>Social Security Administration,<br>Defendant | FILED<br>DEC 05 2017<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk | CIVIL ACTION<br><br><br><br><br>NO. 16-6180 |

**ORDER**

**AND NOW**, this 4th day of December, 2017, after review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

2. Plaintiff's Request for Review is **DENIED**.

BY THE COURT:

_____
WENDY BEETLESTONE, J.